IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.  8:04CR206 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| **CARLOS CARREON,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Unopposed Motion for Continuance of Sentencing Schedule filed by the Defendant, Carlos Carreon  (Filing No. 283).

For good cause shown, the Motion shall be granted.

IT IS ORDERED:

1. The Unopposed Motion for Continuance of Sentencing Schedule filed by the Defendant, Carlos Carreon  (Filing No. 283) is granted;

2. Sentencing is rescheduled before District Judge Laurie Smith Camp on the **28th day of July, 2005,** at the hour of **8:45 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Dated this 15th day of July, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge