# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR206** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **CARLOS CARREON,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on its own motion.

Filing No. 321 is a motion for downward departure and not a motion pursuant to Federal Rule of Criminal Procedure 35.

IT IS ORDERED that the previously issued order (Filing No. 325) is withdrawn as to this Defendant.

DATED this 18th day of July, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge